[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
ORDER: RE MOTION FOR SUMMARY JUDGMENT
Litigation of the issues raised by the plaintiff's negligence claim is barred by the doctrine of collateral estoppel. See:Virgo v. Lyons, 209 Conn. 497 (1988); Santiago v. Stewart, Civil No. N-89-440 D. Conn., (February 14, 1992, Daly, J.); Amarante v.Haeckel, No. 3. 88CV00275, D. Conn., (August 24, 1994, Restani, J.); Golino v. City of New Haven, No. CV260076 J.D. New Haven, (Fracasse, J.).
Elaine Gordon, Judge